EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | 2010 TSPR 222 |
| Cristóbal Díaz Ayala<br>Norberto L. Plaza Rivera | 180 DPR \_\_\_\_ |

Número del Caso: TS-2824
                 TS-5901


Fecha: 6 de diciembre de 2010



Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de noviembre.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Cristóbal Díaz Ayala                    TS-2824
Norberto L. Plaza Rivera                TS-5901

RESOLUCIÓN

San Juan, Puerto Rico, a 6  de diciembre de 2010.

Durante el mes de noviembre de 2010, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

Cristóbal Díaz Ayala            2824
Norberto L. Plaza Rivera         5901

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina